E-FILED
Monday, 27 August, 2007  02:19:52 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **JENNIFER STEWART,** ) | |
|       **Plaintiff,** ) | |
| **v.** ) | |
| ) | **Case No. 06-2074** |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF SOCIAL** ) | |
| **SECURITY,**[1] ) | |
|       **Defendant.** ) | |

# ORDER

In November 2005, Administrative Law Judge James Gildea (hereinafter "ALJ") denied Plaintiff Jennifer Stewart's application for supplemental security income (hereinafter "SSI") and disability insurance benefits (hereinafter "DIB"). The ALJ found that Plaintiff was not disabled within the meaning of the Social Security Act based on Plaintiff's capacity to perform a significant number of jobs in the national economy. The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.

In April 2006, Plaintiff filed a Complaint (#1) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the final decision by the Regional Commissioner of the Social Security Administration (hereinafter "SSA") denying SSI and DIB. In February 2007, Plaintiff filed a Motion for Summary Judgment (#10) and in March 2007, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#12). In August 2007, this Court granted Plaintiff's Motion for Summary Judgment (#10) in part and denied it in part. Consistent with that recommendation, the Court now **DENIES** Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#12)**.

ENTER this 27th day of August, 2007.

                                            s/ DAVID G. BERNTHAL
                                            U.S. MAGISTRATE JUDGE

---

[1] Michael Astrue became Commissioner of the Social Security Administration on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, he was substituted for Jo Anne Barnhart as Defendant in this suit.